UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HAROLD VINSON

        Plaintiff,

     v.

SAN FRANCISCO COMMUNITY
COLLEGE DISTRICT,

        Defendant.

_____/

No. C 09-4730-EDL

**ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE**

Defendant's Motion to Dismiss Plaintiff's First Amended Complaint came on for hearing on January 12, 2010. The Court finds good cause for GRANTING WITHOUT PREJUDICE the Motion to Dismiss. Plaintiff is hereby Ordered to file a Second Amend Complaint, if any, within 30 days from the date of this Order. The Court notes that the proposed Second Amended Complaint attached to Plaintiff's Opposition to the Motion to Dismiss does not meet the federal pleading standard set forth in Ashcroft v. Iqbal, 129 S. Ct. 1937, 1949 (2008), and Plaintiff should amend the pleading to comply with this standard before filing.

**IT IS SO ORDERED.**

Dated: January 12, 2010

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge